McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants
Federal Bureau of Investigation and
Brenda Huckaby

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AU'JEANTAE MCCLENDON<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, BRENDA HUCKABY and DOES 1 through 30, inclusive<br><br>Defendants. | CASE NO. 2:17-CV-02282 TLN-KJN<br><br>**CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT AND ORDER** |

The undersigned, David Shelledy, Chief of the Civil Division of the Office of the United States Attorney for the Eastern District of California, pursuant to the provisions of 28 U.S.C. § 2679(d) and 28 C.F.R. § 15.4, and by virtue of the authority delegated to him by the United States Attorney, hereby certifies:

1. I have read the complaint filed by Au'Jeantae McClendon in this action.

2. On the basis of the information now available to me, Defendant Brenda Huckaby was an employee of the United States and was acting within the scope of such employment at the time of the alleged incident giving rise to the complaint, and so, by operation of law, is entitled to the official immunity of the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680.

3. This certification, by operation of 28 U.S.C. § 2679(d)(1), effects the substitution of the United States as the proper defendant in lieu of Brenda Huckaby, who should be dismissed pursuant to her official immunity.

Dated this 17th day of April 2018.

                                                                                    /s/ David Shelledy
                                                                                    David Shelledy
                                                                                     Assistant United States Attorney
                                                                                     Chief, Civil Division

**ORDER**

IT IS SO ORDERED.

Dated: April 19, 2018

                                                                                    Troy L. Nunley
                                                                                    United States District Judge

*McClendon v. Federal Bureau of Investigation, et al.*, No. 2:17-CV-02282-TLN-KJN
CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT AND ORDER

2