McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants United States and
Federal Bureau of Investigation

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AU'JEANTAE MCCLENDON<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, FEDERAL BUREAU OF INVESTIGATION, and DOES 1 through 30, inclusive<br><br>Defendants. | CASE NO. 2:17-CV-002282 TLN-KJN<br><br>**STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT AND ORDER** |

    Defendant Federal Bureau Investigation, Defendant United States, and Plaintiff Au'Jeantae McClendon, by and through their respective counsel, stipulate to substitute the United States as Defendant in place of the Federal Bureau Investigation. The United States is the only proper party defendant for claims under the Federal Tort Claims Act. 28 U.S.C. §§ 1346(b)(1) and 2679(a); *FDIC v. Craft*, 157 F.3d 697, 706 (9th Cir. 1998) ("The FTCA is the exclusive remedy for tortious conduct by the United States, and it only allows claims against the United States. Although such claims can arise from the acts or omissions of United States agencies (28 U.S.C. § 2671), an agency itself cannot be sued under the FTCA.").

/ / /

/ / /

Respectfully submitted,

DATED: April 18, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Chi Soo Kim*

CHI SOO KIM
Assistant United States Attorney

Attorneys for Defendant United States

DATED: April 18, 2018

DEMAS LAW GROUP

*/s/ John Demas*   (auth'd 4/18/18)

JOHN DEMAS

Attorney for Plaintiff Au'Jeantae McClendon

**ORDER**

IT IS SO ORDERED.

Dated: April 19, 2018

Troy L. Nunley
United States District Judge