1  McGREGOR W. SCOTT
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Defendant
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT
8                     EASTERN DISTRICT OF CALIFORNIA
9

10  AU'JEANTAE MCCLENDON                  CASE NO. 2:17-CV-02282 TLN-KJN

11                  Plaintiff,
                                          **JOINT STIPULATION AND ORDER
12            v.                          REQUESTING SETTLEMENT CONFERENCE
                                          REFERRAL**
13  UNITED STATES OF AMERICA,

14                  Defendant.

15

16        Plaintiff Au'Jeantae McClendon and Defendant United States, through their respective attorneys,

17  respectfully stipulate to and request referral to Magistrate Judge Allison Claire for a settlement

18  conference on October 11, 2018.  The parties are working cooperatively to efficiently resolve this

19  matter.

20                                          Respectfully submitted,
    Dated: July 31, 2018                    McGREGOR W. SCOTT
21                                          United States Attorney

22
                                     By:   /s/ *Chi Soo Kim*
23                                         Chi Soo Kim
                                           Assistant United States Attorney
24
                                           Attorney for United States
25

26

27

28

JOINT STIPULATION & ORDER REQUESTING SETTLEMENT CONFERENCE REFERRAL          1
*McClendon v. United State*, Case No. 2:17-cv-02282 TLN-KJN

1

2   Dated:  July 31, 2018                               DEMAS LAW GROUP, P.C.

3                                                By:    */s/ Brad A. Schultz*
                                                        Brad A. Schultz
4
                                                        Attorney for Plaintiff
5

6

7                                           **ORDER**

8
        **IT IS SO ORDERED.**
9

10  Dated:  August 2, 2018

11                                              _____
                                                Troy L. Nunley
12                                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION & ORDER REQUESTING SETTLEMENT CONFERENCE REFERRAL          2
*McClendon v. United State*, Case No. 2:17-cv-02282 TLN-KJN